UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.Q.,<br>        *Plaintiff-Petitioner*,<br><br>v.<br><br>Kenneth GENALO, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Carl DUBOIS, in his official capacity as Sheriff of Orange County; Alejandro MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; Tae JOHNSON, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; Merrick GARLAND, in his official capacity as Attorney General; UNITED STATES OF AMERICA,<br><br>        *Defendants-Respondents* | Case No. No. 1:22-mc-00358-JMF<br><br>**ORDER FOR LEAVE TO PROCEED UNDER PSEUDONYM, FILE CERTAIN EXHIBITS UNDER SEAL, AND REDACT REFERENCES TO PETITIONER'S IDENTITY IN REMAINING EXHIBITS AND ALL SUBSEQUENT FILINGS, ORDERS, AND OPINIONS** |

Upon the amended motion of Plaintiff-Petitioner, and in light of the sensitive nature of the issues raised in the case, including but not limited to the nature of Plaintiff-Petitioner's medical and mental health, information underlying her asylum claim, and history of past childhood sexual abuse, Plaintiff-Petitioner's amended motion to proceed under pseudonym ("M.Q.") in the Complaint-Petition and file certain exhibits under seal in this case is hereby temporarily GRANTED. The matter will be unsealed in 21 days unless, within that time, Plaintiff-Petitioner renews her application before the district judge assigned to the case. The Clerk of Court is directed to docket this Order publicly, to terminate ECF Nos. 1 and 3, and to close this miscellaneous case.

Dated:  December 19, 2022

SO ORDERED.

_____
Honorable District Court Judge

Jesse M. Furman, Part I